Robert L. FRIESE, Jr., Plaintiff—
Appellant,

v.

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION, Defendant—
Appellee.

No. 07–1246.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 21, 2007.

Decided: Dec. 3, 2007.

Roger W. Rutherford, Norton, Virginia,
for Appellant. Michael McGaughran, Patricia A. Stewart, Social Security Administration, Philadelphia, Pennsylvania;
Charles T. Miller, United States Attorney,
Stephen M. Horn, Assistant United States
Attorney, Charleston, West Virginia, for
Appellee.

Before MOTZ and GREGORY, Circuit
Judges, and WILKINS, Senior Circuit
Judge.

**614**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Friese, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and upholding the denial of disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Friese v. Commissioner*, No. 1:06–cv–00099 (S.D.W.Va. Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*